Order issued October __30__, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00676-CV

**HSBC BANK USA, N.A., AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2004-4 AND LITTON LOAN SERVICING, L.P., Appellants**

**V.**

**JEANIE WATSON, TONY WATSON, AND MATTHEW G. AIKEN, Appellees**

## ORDER

Before Justices Bridges, FitzGerald, and Lang

We **GRANT** appellee Matthew G. Aiken's Motion to Clarify Order.

We **VACATE** our October 11, 2012 order denying Appellee's July 27, 2012 motion for rehearing.

We **DENY** the July 27, 2012 motion for rehearing of appellees Jeanie Watson and Tony Watson, and we **DENY** the July 27, 2012 motion for rehearing filed by appellee Matthew G. Aiken.

KERRY P. FITZGERALD
JUSTICE